UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :     25cv2844(DLC)
KRISTOPHER FARRELL JENKINS,            :
                                       :     ORDER
                      Plaintiff,       :
          -v-                          :
                                       :
NATIONAL COLLEGIATE ATHLETIC           :
CONFERENCE, et al.,                    :
                                       :
                      Defendants.      :
                                       :
------------------------------------- X

DENISE COTE, District Judge:

On July 3, 2025, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **July 25, 2025.** It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **July 25, 2025.** Defendants' reply, if any, shall be filed by **August 8.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference

scheduled for July 22, 2025 is adjourned <u>sine</u> <u>die</u>.

Dated:    New York, New York
          July 7, 2025

                              _____
                                    DENISE COTE
                              United States District Judge