**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KRISTOPHER FARRELL JENKINS,

                             Plaintiff,

        -against-                                                25 **CIVIL** 2844 (DLC)

                                                                 **JUDGMENT**

NATIONAL COLLEGIATE ATHLETIC
CONFERENCE, et al.,

                             Defendants.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 15, 2025, Defendants' September 5,

2025, motion to dismiss is GRANTED.

**Dated:**  New York, New York

        December 15, 2025

                                             **TAMMI M. HELLWIG**
                                             _____
                                                       **Clerk of Court**

                        BY:  _____
                                             **Deputy Clerk**